UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MARLON ERNESTO REYES ZERON,

                Petitioner,

-against-

CHRISTOPHER SHANAHAN, et al.,

                Respondents.
-----------------------------------------------------------------X

JUDGMENT
07-CV- 2939 (JG)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ OCT 22 2007 ★

An Order of Honorable John Gleeson, United States District Judge, having been filed on October 16, 2007, dismissing the petition for a writ of habeas corpus; it is

ORDERED and ADJUDGED that petitioner take nothing of the respondents; and that judgment is hereby entered dismissing the petition for a writ of habeas corpus.

Dated: Brooklyn, New York
       October 17, 2007

s/Robert C. Heinemann
ROBERT C. HEINEMANN
Clerk of Court